944

No. 794. SOUTH CAROLINA EX REL. SOUTH CAROLINA PUBLIC SERVICE COMMISSION *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of South Carolina. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *T. C. Callison,* Attorney General of South Carolina, and *Irvine F. Belser* for appellant. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Robert W. Ginnane* and *Leo H. Pou* for the United States and the Interstate Commerce Commission, *James B. McDonough, Jr., Richard B. Gwathmey, James A. Bistline* and *Charles P. Reynolds* for the Seaboard Air Line Railroad Co. et al., appellees.

No. 650, Misc. NAUMO *v.* NEW YORK. Appeal from the Appellate Division of the Supreme Court of New York, First Judicial Department. *Per Curiam:* The appeal is dismissed.